UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIJON KINNEY, | CASE No. 1:14-cv-00503-AWI-MJS |
| Plaintiff, | ORDER |
| v. | (ECF No. 17) |
| P.D. BRAZELTON, et al., | |
| Defendants. | |

Plaintiff Dijon Kinney is a state prisoner pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On September 29, 2014, Plaintiff filed a request for guidance regarding his obligation to serve the Defendant. (ECF No. 17.) Plaintiff's obligations regarding service were described in the First Informational Order that was issued to Plaintiff on April 10, 2014. (ECF No. 2.) The section of that order addressing service of documents is as follows:

> Once an attorney for a defendant appears in a pro se plaintiff's civil rights action (by filing an answer, a motion to dismiss, a motion for summary judgment, etc.), that attorney's office will receive notice of all filings through the Court's electronic filing system (ECM/ECF). A pro se plaintiff need not serve documents on counsel for a defendant. However, for purposes of application of the "Mailbox Rule," see Douglas v. Noelle, 11 567 F.3d 1103, 1107 (9th Cir. 2009), on all documents filed with the Court, the pro se plaintiff must attach a Proof of Service, indicating the date on which the filing was turned over to prison authorities. A document

1

submitted without proof of service may be stricken/returned or if filed after the deadline, deemed not timely filed.

A sample Proof of Service form was attached to that order.

IT IS SO ORDERED.

Dated:   November 25, 2014         /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE