IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIJON KINNEY,**<br><br>                                  Plaintiff,<br><br>        v.<br><br>**P.D. BRAZELTON, et al. ,**<br><br>                                  Defendants. | Case No. 1:14-cv-00503-MJS (PC)<br><br>**ORDER GRANTING MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>**(ECF No. 27)**<br><br>**DISCOVERY DEADLINE EXTENDED TO AND INCLUDING JULY 21, 2015** |

The Court finds good cause for modifying the discovery and scheduling order (ECF No. 20) to allow Defendant Flores additional time to conduct Plaintiff's deposition at an out-of-state prison.

Accordingly, it is HEREBY ORDERED that the discovery deadline is extended to and including July 21, 2015, to allow Defendant Flores to conduct an in-person deposition of Plaintiff at La Palma Correctional Center, in Eloy, Arizona.

IT IS SO ORDERED.

Dated:   July 8, 2015              /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE

1