UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIJON KINNEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P.D. BRAZELTON, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:14-cv-00503-AWI-MJS (PC)<br><br>**ORDER GRANTING MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(ECF No. 36)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendant Flores on Plaintiff's Eighth Amendment claims for medical indifference and cruel and unusual punishment.

Before the Court is Defendant's September 16, 2015 motion to extend the dispositive motion deadline from September 17, 2015 to October 2, 2015. (ECF No. 36.) Defendant explains that the motion is based on Plaintiff's failure to produce responsive documents at his deposition as required under the Notice of Deposition, and Defendant's belated receipt of Plaintiff's deposition transcript. Defendant thereafter filed his dispositive motion on October 2, 2015. (ECF No. 37.)

The Court finds good cause for extending the dispositive motion deadline. Accordingly, Defendant's motion to extend the dispositive motion deadline (ECF No. 36)

is HEREBY GRANTED, and the time for filing dispositive motions is extended nunc pro tunc to October 2, 2015.

IT IS SO ORDERED.

Dated:    December 21, 2015       /s/ *Michael J. Seng*
                                                 UNITED STATES MAGISTRATE JUDGE