UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIJON KINNEY,<br><br>         Plaintiff,<br><br>    v.<br><br>P.D. BRAZELTON, et al.,<br><br>         Defendants. | CASE NO. 1:14-cv-00503-AWI-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO THE COURT TO RESPOND TO PLAINTIFF'S RESPONSE**<br><br>**(ECF No. 54)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendant Flores on Plaintiff's Eighth Amendment claims for inadequate medical care and cruel and unusual punishment.

Before the Court is Plaintiff's May 23, 2016 "Motion to the Court to Respond to Plaintiff's Response." (ECF No. 54.) The motion seeks a ruling on Plaintiff's request to amend his complaint. (ECF No. 53.) The Court has ruled on the motion to amend. It was denied without prejudice on May 27, 2016. (ECF No. 55.)

Accordingly, Plaintiff's "Motion to the Court to Respond to Plaintiff's Response" is HEREBY DENIED as moot.

IT IS SO ORDERED.

Dated: June 20, 2016          /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE