UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIJON KINNEY,<br><br>        Plaintiff,<br><br>    v.<br><br>P.D. BRAZELTON, et al.,<br><br>        Defendants. | Case No.  1:14-cv-00503-AWI-MJS (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**<br><br>**(ECF No. 65)**<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(ECF No. 37)**<br><br>**ORDER GRANTING MOTION TO STRIKE**<br><br>**(ECF No. 47)**<br><br>**ORDER STRIKING ECF Nos. 44 AND 45**<br><br>**CASE TO REMAIN OPEN** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendant Flores on Plaintiff's Eighth Amendment claims for inadequate medical care and cruel and unusual punishment. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On August 18, 2016, the Magistrate Judge issued findings and recommendations to deny Defendant's motion for summary judgment and to grant Defendant's motion to strike Plaintiff's unauthorized surreplies. (ECF No. 65.) Defendant filed objections. (ECF No. 67.) Plaintiff filed no response.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. The matters raised by Defendant's objections were addressed by the Magistrate Judge. The objections do not raise an issue of fact or law under the findings and recommendations. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Court adopts the August 18, 2016 findings and recommendations (ECF No. 65) in full;
2. Defendant's motion for summary judgment (ECF No. 37) is DENIED;
3. Defendant's motion to strike (ECF No. 47) is GRANTED; and
4. Plaintiff's unauthorized surreply and objections (ECF Nos. 44 and 45) are STRICKEN.

IT IS SO ORDERED.

Dated:   September 22, 2016

SENIOR DISTRICT JUDGE