UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIJON KINNEY,<br><br>    Plaintiff,<br><br>v.<br><br>P.D. BRAZELTON, et al.,<br><br>    Defendants. | CASE NO. 1:14-cv-00503-AWI-MJS (PC)<br><br>**ORDER STRIKING ECF NO. 88** |

    Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendant Flores on Plaintiff's Eighth Amendment claims for inadequate medical care and cruel and unusual punishment.

    On May 27, 2016, the undersigned issued an order denying Plaintiff's third motion to reopen discovery, but also requiring Defendant to undertake certain efforts to resolve specified discovery disputes. (ECF No. 56.) Defendant objected to that order. (ECF No. 64.) On October 19, 2016, the District Judge overruled the objections and referred the matter back to the undersigned. (ECF No. 71.)

    Before the Court is Plaintiff's December 30, 2106 "Response" to the District Judge's order. (ECF No. 88.) The response does not seek relief from the order. Instead,

it appears to be a belated opposition to Defendant's objections, which, as stated, have been ruled on.

More significantly, however, the response is not signed by Plaintiff. See Fed. R. Civ. P. 11(a). It bears a proof of service dated December 16, 2016 and signed by an inmate named William Long at the La Palma Correctional Facility in Eloy, Arizona. Plaintiff was moved from La Palma on or before October 17, 2016. Absent Plaintiff's signature, there is nothing to indicate that this filing was authorized by Plaintiff.

Accordingly, ECF No. 88 is HEREBY STRICKEN because it is unsigned.

IT IS SO ORDERED.

Dated:   January 2, 2017             /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE