UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIJON KINNEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P.D. BRAZELTON, et al.,<br><br>　　　　Defendants. | 1:14-cv-00503-AWI-MJS (PC)<br><br>**ORDER GRANTING MOTION TO APPOINT COUNSEL (ECF NO. 95)**<br><br>**ORDER APPOINTING COUNSEL**<br><br>**CLERK TO SEND COPY OF THIS ORDER TO LITIGATION COORDINATOR AT PLAINTIFF'S INSTITUTION** |

　　　　Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983.  On January 9, 2017, plaintiff filed a motion to appoint counsel (ECF No. 95).  The court finds that the appointment of counsel is warranted and so grants plaintiff's motion.  Douglas L. Gordon has been selected from the court's pro bono attorney panel to represent plaintiff and he has agreed to be appointed.

　　　　Accordingly, IT IS HEREBY ORDERED that:

1. Douglas L. Gordon is appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order upon Douglas L.

      Gordon, Miles Sears & Eanni, 2844 Fresno St., Fresno, CA 93721.

4. The Clerk of Court shall send a copy of this order to the Litigation Coordinator at Plaintiff's institution so that Plaintiff may receive the order prior to the hearing set for January 13, 2017.

5. Absent further order of the Court, Local Rule 230(*l*) shall continue to apply to all motions filed in this matter.

6. Counsel and Plaintiff are advised that this appointment is for the purpose of assisting Plaintiff with the preparation for trial and trial of this matter (to the extent counsel and Plaintiff may so agree). It is not for the purpose of revisiting matters already resolved.

IT IS SO ORDERED.

Dated:   January 11, 2017                   /s/ *Michael J. Seng*
                                                                UNITED STATES MAGISTRATE JUDGE