UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIJON KINNEY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>P.D. BRAZELTON, et al.,<br><br>　　　　　　Defendants. | CASE NO. 1:14-cv-00503-AWI-MJS (PC)<br><br>**ORDER FOR DEFENDANT TO SHOW CAUSE WHY ECF NO. 100 SHOULD NOT BE STRICKEN** |

　　　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendant Flores on Plaintiff's Eighth Amendment claims for inadequate medical care and cruel and unusual punishment.

　　　　On January 26, 2017, Defendant docketed two documents titled, "Request for Additional Redactions of Confidential Material." (ECF Nos. 100, 101.) Despite the title, the first of these documents actually reads, "Request for Extension of Time to Disclosure [sic] Confidential and Privileged Materials." (ECF No. 100.) It appears to be a duplicate of the request for extension of time filed January 27, 2017. (ECF No. 103.)

　　　　Document No. 100 appears to have been erroneously filed. Accordingly, within **two days** of the date of this order, Defendant shall either withdraw the request at

Document No. 100, or shall show cause why the apparently erroneous request should not be stricken.

IT IS SO ORDERED.

Dated:   January 30, 2017          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

2