UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIJON KINNEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>S. FLORES,<br><br>　　　　　Defendant. | CASE NO. 1:14-cv-00503-AWI-MJS (PC)<br><br>**ORDER APPROVING ADDITIONAL REDACTIONS**<br><br>**(ECF NO. 101)** |

　　　　Plaintiff is a state prisoner proceeding in forma pauperis and with counsel in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendant Flores on Plaintiff's Eighth Amendment claims. The matter is before the Court on a discovery dispute between the parties.

　　　　Following a January 13, 2017 conference, the Court ordered that certain documents be produced to Plaintiff's counsel, some of them pursuant to a protective order. (ECF No. 97.) The Court specified permissible redactions to those documents. Defendant sought to redact additional material. (ECF No. 101.) The request was granted in part and denied in part. (ECF No. 109.) In addition, the Court reserved its ruling on

some of the requested redactions pending Defendant's submission of same for in camera review. (Id.)

On February 27, 2017, Defendant submitted his proposed additional redactions, along with an index of the proposed redactions for the Court's review. (See ECF No. 110.)

The Court finds that Defendant's additional proposed redactions seek to remove references that would reflect whether non-parties were considered co-subjects of the investigation by the Office of Investigative Affairs as well as information regarding these individuals' rights in relation to their OIA interviews. The Court finds that the redactions are both minimal and unrelated to any matter of relevance to this action. Accordingly, the redactions are HEREBY APPROVED, without prejudice to Plaintiff's right to move the Court to release such information upon a showing of good cause for same.

Defendant's obligation to provide the redacted materials to Plaintiff remains stayed pending the District Judge's ruling on Defendant's objections. (See ECF No. 105.)

IT IS SO ORDERED.

Dated:   February 28, 2017              /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE