1 | XAVIER BECERRA, State Bar No. 118517
Attorney General of California
2 | MISHA D. IGRA, State Bar No. 208711
Supervising Deputy Attorney General
3 | ARTHUR B. MARK III, State Bar No. 220865
Deputy Attorney General
4 |   1300 I Street, Suite 125
  P.O. Box 944255
5 |   Sacramento, CA 94244-2550
  Telephone: (916) 322-6375
6 |   Fax: (916) 324-5205
  E-mail: Arthur.Mark@doj.ca.gov
7 | *Attorneys for Defendant Flores*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DIJON KINNEY,** | 1:14-cv-00503-AWI-MJS (PC) |
| Plaintiff, | **STIPULATION AND ORDER MODIFYING PROTECTIVE ORDER** |
| v. | **[ECF NO. 97]** |
| **P.D. BRAZELTON, et al.,** | |
| Defendants. | |
| | Action Filed: April 9, 2014 |

The parties, through their attorneys of record, stipulate to modify the Court's protective order, ECF No. 97, as follows:

The audio recording of Defendant's interview (Exhibit 63) contains the first names of the Defendant and other correctional staff. The Court has found that the first names and other personal identifying information can be redacted, and should not be released to the Plaintiff. However, the audio file cannot be redacted. Accordingly, the audio recording of Defendant's interview shall be released to Plaintiff's counsel, but shall not be played for or otherwise shared

1

with the Plaintiff.  However, Plaintiff's counsel may discuss the substance of Defendant's interview with his client.

| | |
|---|---|
| Dated:  March 10, 2017 | Respectfully submitted, |
| | XAVIER BECERRA<br>Attorney General of California<br>MISHA D. IGRA<br>Supervising Deputy Attorney General |
| | */s/ Arthur B. Mark III* |
| | ARTHUR B. MARK III<br>Deputy Attorney General<br>*Attorneys for Defendant Flores* |
| Dated:  March 10, 2017 | Respectfully submitted, |
| | */s/ Douglas Gordon* |
| | Douglas Gordon<br>Attorney for Plaintiff |

**ORDER**

The Court having considered the parties' stipulation, and good cause appearing, the protective order (ECF No. 97) is modified as agreed above by the parties.  All other provisions of the protective order remain unchanged.

IT IS SO ORDERED.

Dated:  __March 13, 2017__          /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE