UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIJON KINNEY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>S. FLORES,<br><br>　　　　　　Defendant. | Case No. 1:14-cv-0503-AWI-MJS (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE DIJON KINNEY, CDCR # AA-8634<br><br>DATE: May 11, 2017<br>TIME: **10:00 a.m.**<br>COURTROOM: 9 (SAB) |

　　**Inmate Dijon Kinney**, **CDCR #AA-8634**, a necessary and material witness on his own behalf in proceedings in a settlement conference on May 11, 2017, is confined at California City Correctional Facility, 22844 Virginia Blvd., California City, CA 93505, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #9, Sixth Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on May 11, 2017, at **10:00 a.m.**

　　**ACCORDINGLY, IT IS ORDERED that:**

　　1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

　　2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

　　**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

　　**To: The Warden of California City Correctional Facility:**

　　**WE COMMAND** you to produce the inmate named above, along with his legal property, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

　　**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:　**May 10, 2017**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

