# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIJON KINNEY,<br><br>    Plaintiff,<br><br>v.<br><br>P.D. BRAZELTON, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00503-AWI-MJS (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE DIJON KINNEY, CDCR # AA-8634 |

  Plaintiff Dijon Kinney is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

  A settlement conference in this matter commenced on May 10, 2017, inmate Dijon Kinney CDCR Inmate No. AA-8634, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **May 11, 2017**

                  UNITED STATES MAGISTRATE JUDGE